Marie Therese ASSA'AD–FALTAS, Plaintiff–Appellant,

v.

Sara Heather Savitz WEISS, individually for damages and for qui tam recovery; The McAngus, Goudelock & Courie Law Firm, in its corporate capacity for damages and for qui tam recovery; John Andrew Delaney, individually for damages and for qui tam recovery; Sterling Davies, individually for damages and for qui tam recovery; Jeannette McBride, officially as RC's Clerk of Court for injunctive relief and individually for damages; Columbia SC, The City of, for injunctive and declaratory relief and for qui tam recovery; City of Columbia SC Police Department, (CPD) for injunctive and declaratory relief and for qui tam recovery; FNU Burke, CPD former Chiefs and Acting Chiefs, individually for damages and for qui tam recovery; Randy Scott, CPD former Chiefs and Acting Chiefs, individually for damages and for qui tam recovery; Ruben Santiago, CPD former Chiefs and Acting Chiefs, individually for damages and for qui tam recovery; Julie Ashmore, Present or former CPD Officers, individually for damages and for qui tam recovery; George McSwain, Present or former CPD Officers, individually for damages and for qui tam recovery; Barney Giese, Former SC 5th Judicial Solicitors, individually for damages and for qui tam recovery; John Meadors, Former SC 5th Judicial Solicitors, individually for damages and for qui tam recovery; Dinah Gail Steele, individually for damages; Larry Wayne Mason; Mark Keel, as Chief of SC's Law Enforcement Division (SLED), solely officially and solely for injunctive and declaratory relief; Daniel Johnson, as SC's Fifth Judicial Circuit's Solicitor, solely officially and solely for injunctive and declaratory relief and for qui tam recovery; Gary Watts, as Coroner for Richland County, SC, solely officially and solely for injunctive and declaratory relief and for qui tam recovery;

WIlliam Nettles, as U.S. 2 Attorney for the District of South Carolina (DSC), solely officially and solely for injunctive and declaratory relief; Steven Benjamin, as Mayor; all Members of the City of Columbia Council; Teresa Wilson, manager for the City; and all their subordinates and agents who intend to injure plaintiff; all solely officially and solely for injunctive and declaratory relief and for qui tam recovery; Robert Eldon Hood, as Current SC's Fifth Judicial Circuit's Administrative Judge for General Sessions, solely officially and solely for injunctive if declaratory relief is unavailable or for declaratory relief if available, Defendants–Appellees.

Marie Therese Assa'ad–Faltas, Plaintiff–Appellant,

v.

Sara Heather Savitz Weiss; John Meadors; Barney Giese, all three individually for damages arising from malicious prosecution and for qui tam recovery; Barbara Jean Burns, f/k/a Popowski; Marion Oneida Hanna, both individually for damages for torts arising from their non-judicial acts and for qui tam recovery; Gingliat, Bettis and Savitz Law Firm, the; McAngus, Goudelock & Courie Law Firm, the, (MG & C) both firms for damages arising from conspiracies and for qui tam recovery; John Andrew Delaney; Sterling Davies; Brett Bayne, all three individually for damages arising from conspiracies and other torts and for qui tam recovery; Ken Gaines; Robert G. Cooper; Dana M. Thye; David A. Fernandez, all four individually for damages arising from malicious prosecution and conspiracies and for qui tam recovery; South Carolina, the State of, (SC); SC General As-

sembly; SC Judicial Merit Selections Commission, (JMSC) all three entities solely for injunctive and declaratory relief; Columbia SC, the City of, ("The City"); Columbia Police Department, (CPD), both entities for injunctive and declaratory relief, for damages and for qui tam recovery; Gary Johnson; John K. Passmore; Amanda H. Long Branham; Debbie Jordan; Amanda Star Blanton, 3 all five individually for damages from malicious prosecution and for qui tam recovery; Carl E. Burke, Former Acting CPD Chief; Ruben Santiago, Former Acting CPD Chief; Tandy Carter, former CPD Chief; all three individually for damages arising from gross negligence and for qui tam recovery; Captain Hendrix, Present or former CPD Captain; Captain Thornton, Present or former CPD Captain; Lieutenant Butzer; Lieutenant Evans; Lieutenant Gibson; Lieutenant Sharpe; Lieutenant Smith; Lieutenant Yates; Sergeant Auld; Sergeant Drafts; Sergeant Gunther; Sergeant Sanders; Corporal Branham; Corporal Bell; Corporal Caldwell; Corporal Gomez–Rievera; Investigator Brian; Investigator Bailey; Investigator Narewski; Officer Ashmore; Officer Brown; Officer DeJesus; Officer Girard; Officer Kelson; Officer Mcswain; Officer Medlock; Officer White, all twenty-seven individually for damages; David Ross, officially as head of SC's Prosecution Commission; Jeanette McBride, officially as Richland County's, SC, ("RC") Clerk of Court, both for injunctive and declaratory relief and for qui tam recovery; Dinah Gail Steele; Larry Wayne Mason; Wendy CEO; Charlene Crouch; Corey Curry; Teresa Ingram; John

Mitchel Jones, ("Mitch"); Tiffany Lurke; Christopher James Mason; Richard Wayne Mason; William Tetterton; Alden Hollis Wheeler; John Doe; Jane Roe, all fourteen individually for damages; DANA TURNER, falsely bearing a title of Chief Administrative Judge of the City's Municipal Court (CMC) individually for damages and officially for injunctive and declaratory relief and qui tam recovery; Nimrata R. Haley, as SC's Governor; Alan Wilson, as SC's Attorney General; Henry McMaster, as SC's Lieutenant Governor; John Courson, as President pro tempore of SC's Senate; Jay Lucas, as Speaker of SC's House of Representatives; Jean Toal, as administrative head of all SC's state courts; Daniel Shearouse, as Clerk of SC's Supreme Court; Jenny Kitchens, as Clerk of SC's Court of Appeals; Mark Keel, as Chief of SC's State Law Enforcement Division (SLED); Leroy Smith, as Head of SC's Department of Public Safety; Leon Lott, as RC Sheriff; Warden of Alvin S. Glenn Detention Center, (ASGDC); Daniel Johnson, as SC's Fifth Judicial Circuit's Solicitor; Gary Watts, as Coroner for Richland County, SC; Robert Eldon Hood, as Current SC's Fifth Judicial Circuits Administrative Judge for General Sessions; Leslie Coggiola, as SC's Disciplinary Counsel; Roslynn Frierson, as Director of SC's Office of Court Administration; William Nettles, as U.S. Attorney for the District of South Carolina; Steven Benjamin, as Mayor and the other six members of the City Council; Teresa Wilson, 4 manager for the City; all twenty-six solely officially and solely for injunctive and declaratory relief, Defendants–Appellees.

Nos. 15–2075, 15–2458.

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2016.

Decided: April 25, 2016.

Marie Therese Assa'ad–Faltas, Appellant Pro Se.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Marie Therese Assa'ad–Faltas appeals the district court's orders accepting the magistrate judge's recommendations to dismiss her claims after a 28 U.S.C. § 1915 (2012) review. We have reviewed the record and find no reversible error. Accordingly, we deny Assa'ad–Faltas' motions for appointment of counsel and affirm the district court's judgments. *Assa'ad–Faltas v. Weiss,* No. 3:15–cv–01784–TLW, 2015 WL 4487759 (D.S.C. filed July 23, 2015, entered July 24, 2015); *Assa'ad–Faltas v. Weiss,* No. 3:15–cv–03186–TLW (D.S.C. Sept. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*